**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00556-CV

---

### IN RE CHRISTOPHER SPATES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

---

## MEMORANDUM OPINION

On July 1, 2015, relator Christopher Spates filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable David Farr, presiding judge of the 312th District Court of Harris County, to vacate his May 28, 2015 order that set aside the February 13, 2005 order retroactively reducing relator's monthly child support payments.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny his petition for writ of mandamus. We further lift our stay entered on July 8, 2015.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.